## Commonwealth *v.* Matthews, Appellant.

 Submitted September 8, 1975. *Samuel Kagle*, for appellant; *Suzanne Balen Ercole, Mark Sendrow*, and *Steven H. Goldblatt*, Assistant Dis-

trict Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Order affirmed.